UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MASOUD BAJESTANI,                )<br>                                                      )<br>            Plaintiff,                          )<br>                                                      )     Civil Case No. 1:14-CV-146<br>    v.                                               )<br>                                                      )     Judge Curtis L. Collier<br>TENNESSEE VALLEY AUTHORITY, *et al.*,  )<br>                                                      )<br>            Defendants.                     ) | |

## O R D E R

On September 2, 2014 Plaintiff Masoud Bajestani ("Plaintiff") moved to amend his complaint (Court File No. 10). Magistrate Judge Susan K. Lee issued a Report and Recommendation ("R&R") on September 5, 2014 recommending the Court deny Plaintiff's motion because (1) Plaintiff failed to submit a copy of the proposed amended pleading as required by Local Rule 15.1 and (2) Plaintiff failed to submit any memorandum or argument in support of his motion (Court File No. 12). Plaintiff has not filed an objection to the R&R, and the fourteen-day period for doing so has lapsed. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 12), and Plaintiff's motion is **DENIED** (Court File No. 10).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**